1  XAVIER BECERRA
   Attorney General of California
2  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
3  VINCENT DICARLO
   Supervising Deputy Attorney General
4  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
5  EMMANUEL R. SALAZAR, State Bar No. 240794
     2329 Gateway Oaks Drive, Suite 200
6    Sacramento, CA 95833
     Telephone: (916) 621-1835
7    Fax: (916) 274-2949
     E-mail: Emmanuel.Salazar@doj.ca.gov
8
   *Attorneys for State of California*
9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

15  UNITED STATES OF AMERICA, and the        Case No. 2:17-cv-0673 KJM CKD
    STATES OF ARKANSAS, CALIFORNIA,
16  COLORADO, CONNECTICUT,                    **ORDER REGARDING NOTICE OF**
    DELAWARE, FLORIDA, GEORGIA,               **PARTIAL INTERVENTION,**
17  HAWAII, ILLINOIS, INDIANA,                **SETTLEMENT AND CONSENT TO**
    LOUISIANA, MASSACHUSETTS,                 **DISMISSAL**
18  MICHIGAN, MINNESOTA, MONTANA,
    NEVADA, NEW JERSEY, NEW MEXICO,
19  NEW YORK, NORTH CAROLINA,
    OKLAHOMA, RHODE ISLAND,
20  TENNESSEE, TEXAS, VIRGINIA,
    WISCONSIN, and the DISTRICT OF
21  COLUMBIA *ex rel.* LOYD F.
    SCHMUCKLEY, JR.,
22
                        Plaintiffs,
23
          v.
24
    WALGREEN CO. dba WALGREENS,
25
                        Defendant.
26

27

28
                                    1

1       The State of California having intervened in this action, and the United States and all

2   other named plaintiff states having previously filed their notices of declination in this action, the

3   Court rules as follows:

4       IT IS ORDERED that relator's most recently filed active Complaint; the State of

5   California's Notice of Partial Intervention, Settlement and Consent to Dismissal; and this Order,

6   be unsealed. *See* 31 U.S.C. § 3730(b)(4)(B); Cal. Gov't Code § 12652(c)(6)(A).

7       IT IS FURTHER ORDERED that all other previously filed contents of the Court's file in

8   this action remain under seal and not be made public, or served upon defendant, pending further

9   order of the Court.

10      IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this

11  action after the date of this Order.

12      IT IS SO ORDERED.

13  DATE:  April 19, 2017

14

15                                          _____
                                            UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28