1  XAVIER BECERRA
   Attorney General of California
2  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
3  VINCENT DICARLO
   Supervising Deputy Attorney General
4  BERNICE L. LOUIE YEW, State Bar No. 114601
   Deputy Attorney General
5  EMMANUEL R. SALAZAR, State Bar No. 240794
     2329 Gateway Oaks Drive, Suite 200
6    Sacramento, CA 95833
     Telephone: (916) 621-1835
7    Fax: (916) 274-2949
     E-mail: Emmanuel.Salazar@doj.ca.gov

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, and the DISTRICT OF COLUMBIA *ex rel.* LOYD F. SCHMUCKLEY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO. dba WALGREENS,<br><br>Defendant. | Case No. 2:17-cv-0673 KJM CKD<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

///

///

1

Upon consideration of the Stipulation of Dismissal filed by California and relator Loyd F. Schmuckley Jr. ("Relator"), it is hereby ORDERED that:

1) All claims asserted in this action are dismissed with prejudice as to Relator, provided that the Court shall retain jurisdiction to make an award to the Relator and/or his counsel of reasonable attorneys' fees, expenses and costs resulting from this action pursuant to 31 U.S.C. § 3730(d) and Cal. Gov't Code § 12652(g);

2) All claims asserted in this action for the Covered Conduct as that term is defined in the Settlement Agreement between the United States, California, Relator, and defendant Walgreen Co. are dismissed with prejudice as to the United States and California. All other claims asserted in this action are dismissed without prejudice as to the United States, California, and any other named governmental plaintiff.

IT IS SO ORDERED.

DATED: May 2, 2017

_____
UNITED STATES DISTRICT JUDGE